NOT FOR PUBLICATION                                                                              CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DESMOND WITHERSPOON, | : |
| Plaintiff, | : Civil Action No. 15-0344 (SRC) |
| v. | : |
| CHASE BANK, | : OPINION |
| Defendant. | : |

**CHESLER**, District Judge

This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). Here, Plaintiff demands "lifetime payroll services [for] Desmond M. Witherspoon, Jamtime Studios Inc. [and] Sonar Productions," for a cause of action "Reorganization under Act of Congress 'Plan of Reorganization.'" No further information is provided. As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction, and has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

                                                             s/Stanley R. Chesler
                                                              STANLEY R. CHESLER
                                                              United States District Judge

Dated: January 21, 2015